# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERNEST WASHINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-1143 |
| | ) Judge Trauger |
| JAIME RICE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 15, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Docket No. 29) is GRANTED, and this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6).

This order constitutes the judgment in this case.

It is so **ORDERED**

ENTERED this 7th day of March, 2016.

_____
ALETA A. TRAUGER
U.S. District Judge